# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　Respondent. | Case No. CV 17-08276 JAK (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 10, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE